IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:07CV9-1-MU

| | |
|---|---|
| CLYDE E. WILLIAMSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| RICK JACKSON, admin., ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before this Court upon Respondent's Motion to Dismiss. It appears that Respondent may be entitled to dismissal as a matter of law.

You now have the opportunity to reply to the response filed by the Respondent. You may not allege new facts surrounding the events in question as part of this reply. You should base your argument solely on the allegations contained in the original petition.

**PETITIONER WILLIAMSON READ THIS:**
Petitioner is further hereby advised that he has thirty (30) days from the filing of this Order in which to file any documents in opposition to the Motion to Dismiss. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**THEREFORE, IT IS HEREBY ORDERED** that the Plaintiff has thirty (30) days from the filing of this Order in which to provide his own documents, affidavits, or declarations countering the evidence offered by Respondent in its Motion to Dismiss.

Signed: June 18, 2007

Graham C. Mullen
United States District Judge