# United States District Court
# For The Western District of North Carolina
# Bryson City Division

CLYDE E. WILLIAMSON,

        Petitioner,                              JUDGMENT IN A CIVIL CASE

vs.                                               2:07cv9-1-MU

RICK JACKSON, supt.,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2007 Order.

September 6, 2007                                  FRANK G. JOHNS, CLERK

                                                    BY:  s/Elizabeth J. Barton
                                                            Elizabeth J. Barton, Deputy Clerk