IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:07CV9-1-MU

| | |
|---|---|
| CLYDE E. WILLIAMSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| RICK JACKSON, supt., ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Reconsideration (Doc. No. 19), filed September 20, 2007, and Petitioner's Motion to Supplement the Record (Doc. No. 30), filed December 5, 2007.

On May 8, 2007, Petitioner filed a federal habeas petition with this Court. On June 15, 2007, Respondent filed a Motion to Dismiss asserting that Petitioner's federal habeas petition was untimely. On September 6, 2007, this Court granted Respondent's Motion to Dismiss and dismissed Petitioner's federal habeas petition. On September 20, 2007, Petitioner filed the instant Motion for Reconsideration. Two weeks later, on October 5, 2007, Petitioner filed a Notice of Appeal. Then on December 5, 2007, Petitioner filed the instant Motion to Supplement the Record. On February 26, 2008, the United States Court of Appeals for the Fourth Circuit issued an opinion dismissing Petitioner's appeal. In so ruling the Court of Appeals stated that it had independently reviewed the record and concluded that Petitioner had not demonstrated that reasonable jurists would find that any assessment of constitutional or procedural claims by this

Court were debatable or wrong.

The Fourth Circuit has dismissed Petitioner's appeal and a mandate issue on April 14, 2008. No petition for writ of certiorari has been filed. This Court no longer has jurisdiction to rule on Petitioner's Motion to Reconsider. Moreover, if this Court had jurisdiction to rule on his Motion for Reconsideration, this Court would deny such motion as baseless. Accordingly, this Court finds no basis for allowing Petitioner to supplement the record.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Reconsideration is **DENIED**; and

2. Petitioner's Motion to Supplement the Record is **DENIED.**

Signed: August 21, 2008

Graham C. Mullen
United States District Judge